IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
CLARKSBURG

**PERRY ALLEN DANIELS,**

      **Plaintiff,**

v.

**STATE OF WEST VIRGINIA, et al.**

      **Defendants.**

**CIVIL ACTION NO: 1:17-CV-212**
**(JUDGE KEELEY)**

## REPORT & RECOMMENDATION

On December 12, 2017, Plaintiff, represented *pro se*, re-filed[1] his complaint against Defendants (ECF No. 1). Plaintiff was granted leave to proceed *in forma pauperis* by order which also apprised Plaintiff of his responsibility to either effect service pursuant to Federal Rules of Civil Procedure 4(c)(1) and 4(m) or request that service be effected by the United States Marshal Service under Federal Rule of Civil Procedure 4(c)(3). Plaintiff received that order on February 6, 2018 at his address listed on the docket (ECF No. 12).

Subsequently, Plaintiff failed to verify service within the time required by Federal Rule of Civil Procedure Rule 4(m). Accordingly, the undersigned entered an order directing Plaintiff to verify service within fourteen days or show cause for failure to serve pursuant to Rule 4(m), which provides in relevant part that:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

---

[1] Plaintiff originally filed his case on October 18, 2016, in Civil Action No. 5:16-CV-160. After multiple mailings from this Court were returned undelivered to Plaintiff at the address on the docket, Senior Judge Stamp entered an order dismissing that case without prejudice. Id. at ECF No. 13.

The Order directing Plaintiff to verify service or show cause was sent to Plaintiff at the same address, (ECF No. 13), but was returned undelivered, unknown and unable to be forwarded on April 2, 2018. (ECF No. 14).

Plaintiff was provided a copy of the Notice of General Guidelines for Appearing Pro Se in Federal Court, which clearly stated Plaintiff's responsibilities and the potential consequences. (ECF No. 7)("Keep the Court and opposing counsel, if any, advised of your most current address at all times. Failure to do so may result in your action being dismissed without prejudice"). Moreover, Plaintiff has updated his address on prior occasions using the Notice of Change of Address And/Or Contact Information for Pro Se Litigants, (ECF No. 6), and so he is clearly aware of how to do so.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED without prejudice** for failure to serve or provide good cause for the failure pursuant to Federal Rule of Civil Procedure 4(m).

The Court **DIRECTS** the Clerk of the Court to provide a copy of this Order to any parties who appear *pro se* and counsel of record, and all agencies as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

**DATED**: April 11, 2018.

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE